1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| SETH GYAMFI, | Case No. EDCV 13-1666 PSG (SS) |
|---|---|
| Petitioner, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND RECOMMENDATIONS** |
| ERIC HOLDER, et al., | **OF UNITED STATES MAGISTRATE** |
| Respondents. | **JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1     **IT IS ORDERED** that Judgment shall be entered dismissing this
2 action without prejudice.
3
4     **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner and counsel for
6 Respondents.
7
8     **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10 DATED: 12/19/13
11
                PHILIP S. GUTIERREZ
                UNITED STATES DISTRICT JUDGE

2