# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH GYAMFI, | Case No. EDCV 13-1666 PSG (SS) |
|         Petitioner, | |
|   v. | **JUDGMENT** |
| ERIC HOLDER, et al., | |
|         Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 12/19/13

                                              PHILIP S. GUTIERREZ
                                              UNITED STATES DISTRICT JUDGE